NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABC IP LLC, RARE BREED TRIGGERS INC.,**
*Plaintiffs-Appellants*

**v.**

**PEAK TACTICAL LLC, dba Partisan Triggers, NICHOLAS NORTON,**
*Defendants-Appellees*

---

2026-1527

---

Appeal from the United States District Court for the District of Wyoming in No. 2:26-cv-00018-KHR, Chief Judge Kelly H. Rankin.

---

**ON MOTION**

---

Before STARK, *Circuit Judge.*

**O R D E R**

Appellants move to expedite briefing and oral argument in this appeal. ECF No. 5.[1] Appellees oppose the motion. Appellants reply.

On March 20, 2026, the court ordered appellants to file their opening brief no later than April 13, 2026—the date requested by appellants in their motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion, ECF No. 5, is granted only to the extent that no extensions of time for filing the merits briefs and joint appendix should be anticipated and the case shall be scheduled for the next available argument session after briefing is complete.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 15, 2026
        Date

---

[1]     ECF No. 5 is a corrected version of the motion docketed as ECF No. 4. The court takes no action on ECF No. 4.